# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **LARRY MICHAEL COPELAND,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:16-cv-00224-MR |
| | ) | 1:08-cr-00082-MR |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 7, 2016 Order.

October 7, 2016

Frank G. Johns, Clerk
United States District Court